No. 88–7307.  CARTER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 88–7398.  SCHOENBORN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–7509.  LOPEZ QUINTERO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–1293.  W. C. GARCIA & ASSOCIATES, INC. *v.* MICELI, DISTRICT DIRECTOR, INTERNAL REVENUE SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 89–1295.  CONNECTICUT *v.* LONERGAN.  Sup. Ct. Conn. Certiorari denied.

No. 89–1415.  LINDSEY ET AL. *v.* FERRIS FACULTY ASSN. ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–1426.  LAYKIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 89–1444.  SHRINERS HOSPITALS FOR CRIPPLED CHILDREN *v.* FIRST SECURITY BANK OF UTAH, N. A., PERSONAL REPRESENTATIVE OF THE ESTATE OF JONES, ET AL.  Sup. Ct. Wyo. Certiorari denied.

No. 89–1450.  NORTHERN TELECOM, INC. *v.* TAYLOR, COMMISSIONER OF REVENUE OF TENNESSEE, ET AL.  Sup. Ct. Tenn. Certiorari denied.

No. 89–1539.  NORTH CAROLINA *v.* DAVIS.  Sup. Ct. N. C. Certiorari denied.

No. 89–1542.  CARIBBEAN MARINE, INC., AKA BIZCAP, INC. *v.* OLIVE, DIRECTOR OF VIRGIN ISLANDS BUREAU OF INTERNAL REVENUE, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 89–1559.  ESTES *v.* CITY OF MOORE, OKLAHOMA, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 89–1568.  CHAMBLESS ET UX. *v.* MASTERS, MATES & PILOTS PENSION PLAN ET AL.  C. A. 2d Cir.  Certiorari denied.